# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER TALANCON,<br><br>    Plaintiff,<br><br>    v.<br><br>FRESNO POLICE DEPARTMENT,<br><br>    Defendant. | Case No. 1:13-CV-01735-LJO-SMS<br><br>ORDER DENYING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By a motion filed October 25, 2013, Plaintiff Roger Talancon seeks to proceed *in forma pauperis*. Although Plaintiff has submitted a declaration regarding his finances, his response to paragraph three of the financial disclosure fails to indicate the source of the money he received as a gift or inheritance, the amount received, and what he expected that he would continue to receive. Disclosure of that information is necessary to evaluate his request to proceed *in forma pauperis.*

Accordingly, the Court DENIES Plaintiffs' motion to proceed *in forma pauperis* without prejudice. Within thirty (30) days, Plaintiff may amend his application to more clearly disclose his gift or inheritance income in response to paragraph 3 or may elect to pay the filing fee. If Plaintiff fails to respond within thirty days, his complaint may be dismissed at any time for failure to prosecute.

IT IS SO ORDERED.

Dated:   **October 30, 2013**           **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28